# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**GEORGE HARRISON,**<br><br>     **Defendant.** | Criminal Action No. 92-00450 (TFH/DAR) |

## ORDER

Upon consideration of the Report and Recommendation issued by United States Magistrate Judge Deborah Robinson on August 7, 2018 [ECF No. 240], the U.S. Probation Office Memorandum (Status Report) dated March 1, 2018 [ECF No. 237], and the entire record in this case, it hereby is

**ORDERED** that the Report and Recommendation is adopted in its entirety. Accordingly, no further action will be taken at this time regarding the U.S. Probation Office Petitions dated March 9, 2017 [ECF No. 221] and March 24, 2017 [ECF No. 224].

**SO ORDERED.**

October 17, 2018

                      _____
                      Thomas F. Hogan
                      Senior United States District Judge